# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIAM CORTEZ ROBINSON                                          PLAINTIFF

v.                          No. 3:19-cv-11-DPM

MATTHEW RICHARDSON,
Deputy Sherriff, Mississippi
County, Arkansas                                                 DEFENDANT

## ORDER

1. Robinson's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee.

2. The Court refers his case to Magistrate Judge Harris. The Court would appreciate Judge Harris's help in screening Robinson's complaint and supporting brief, 28 U.S.C. § 1915(e)(2), and handling all preliminary matters in the case, including a recommendation on any dispositive motion in due course.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2019