# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLIAM CORTEZ ROBINSON**  PLAINTIFF

v.  No. 3:19-cv-11-DPM

**MATTHEW RICHARDSON,**
**Deputy Sherriff, Mississippi**
**County, Arkansas**  DEFENDANT

## ORDER

The Court requests that Magistrate Judge Harris enter a Scheduling Order now and make a recommendation on any dispositive motion by 11 December 2019. This case will be tried, if a trial is needed, on 11 May 2020.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 April 2019