# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM CORTEZ ROBINSON**  PLAINTIFF

v.  No. 3:19-cv-11-DPM

**MATTHEW RICHARDSON,**
Deputy Sherriff, Mississippi
County, Arkansas  DEFENDANT

## ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Richardson's motion for summary judgment, № 20, is granted. Robinson's federal claims will be dismissed with prejudice. His state claims will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2019