IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM CORTEZ ROBINSON                                PLAINTIFF

v.                          No. 3:19-cv-11-DPM

MATTHEW RICHARDSON,
Deputy Sherriff, Mississippi
County, Arkansas                                        DEFENDANT

## JUDGMENT

Robinson's federal claims are dismissed with prejudice. His state claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2019